**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert H. MARTIN, a/k/a Biggie,**
**Defendant–Appellant.**

**No. 09–6282.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 10, 2009.

Decided: July 17, 2009.

Andrea L. Moseley, Zwerling, Leibig & Moseley, P.C., Alexandria, Virginia, for Appellant. Dana J. Boente, Acting United States Attorney, Robert E. Draba, Special Assistant United States Attorney, Gordon D. Kromberg, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert H. Martin appeals the district court's order partially granting Martin's 18 U.S.C. § 3582(c)(2) (2006) motion for a reduced sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Martin,* No. 1:98–cr00452–1 (E.D. Va. filed Feb. 6, 2009; entered Feb. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*